741 A.2d 185

**Frederick RAY, Steve Washington, James Parker**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Pennsylvania Department of Corrections, Appellees.**

**Appeal of Frederick Ray and Steve Washington.**

**No. 207 Middle District Appeal Docket 1998.**

Supreme Court of Pennsylvania.

Nov. 15, 1999.

## *ORDER*

PER CURIAM:

**AND NOW,** this **15th** day of **November 1999,** the above captioned appeal is quashed for failure to file a brief.